{¶ 28} In this case, the analysis is proper. I concur separately because I believe Rance might no longer be good law. (It was never good law, but for a while it was the law.) The Ohio Supreme Court totally retreated from Rance in November 2004,[22] and our court noted that in 2005. "We recognize that the Adams court did not mention or rely on State v.Rance in its allied-offense analysis. It appears that the Ohio Supreme Court is retreating from Rance's strict comparison-of-the-statutory-elements test to determine when kidnapping and rape are allied offenses of similar import."[23] But 28 days after retreating in Adams, the supreme court seemed to again use Rance.[24] So I admit to being as confused as that court evidently is. Nonetheless,Rance was always wrongly decided.
[22] See State v. Adams, 103 Ohio St.3d 508, 2004-Ohio-5845,817 N.E.2d 29.
[23] State v. Willis, 1st Dist. No. C-040588, 2005-Ohio-5001, at ¶ 6.
[24] State v. Cooper, 104 Ohio St.3d 293, 2004-Ohio-6553,819 N.E.2d 657.